**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jesus Venegas-Lares, | No. CV 15-00330-PHX-FJM |
| Petitioner, | CR 12-00408-1-PHX-FJM |
| vs. | **ORDER** |
| United States, | |
| Respondent. | |

The Court has before it Petitioner's Motion to Vacate under §2255 (Doc. 1), the Respondent's Response, the Petitioner's Reply, the Magistrate Judge's Report and Recommendation (R & R) (Doc. 23), Petitioner's Objections (Doc. 24), and the Respondent's Response (Doc. 25).

I have reviewed de novo the Objections and the R & R under Rule 72(b)(3), Fed. R. Civ. P. I have reviewed the transcripts. I was the sentencing judge. The Petitioner's claims that he was denied effective assistance of counsel are without merit for the reasons stated in the R & R. We accept the recommended disposition (Doc. 23).

Accordingly, it is ORDERED DENYING petitioner's Motion to vacate under 28 U.S.C. §2255 (Doc. 1). It is further ORDERED DENYING a Certificate of Appealability under

///

///

///

1  Rule 11, Rules Governing Section 2255 Proceedings, for the reason that petitioner has not
2  made a substantial showing of the denial of a constitutional right under 28 U.S.C. §2253(c).

4    DATED this 15th day of March, 2017.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge